CLOW CORPORATION *vs.* AVON CONSTRUCTION COMPANY, INC. May 20, 1975. The decree appealed from, whereby the plaintiff was allowed to recover for the work performed under its contract with the defendant and the latter's counterclaim was dismissed, was amply supported by the findings in the trial judge's report of material facts (compare *Hayes Pump & Mach. Co.* v. *Pitman & Brown Co.* 331 Mass. 240, 243 [1954]; contrast *Keene* v. *Gould, ante,* 731 [1975], and cases cited), and those findings, not being plainly wrong, must stand (*Commonwealth* v. *DeCotis,* 366 Mass. 234, 236 [1974], and case cited). The defendant's remaining contentions need not be considered because they fall short of the requirement for argument set forth in such cases as *Lolos* v. *Berlin,* 338 Mass. 10, 13-14 (1958). *Commonwealth* v. *Bernier,* 366 Mass. 717, 720 (1975).

*Decree affirmed.*

*Albert Auburn* for the defendant.
*Joseph D. Steinfield* for the plaintiff.